Stephen B. Coleman (State Bar #021715)
**JACKSON LEWIS P.C.**
2398 East Camelback Road, Suite 1060
Phoenix, AZ 85016
Tel. (602) 714-7044
Fax (602) 714-7045
Stephen.Coleman@jacksonlewis.com

**Admitted Pro Hac Vice**
Iwana Rademaekers (TX Bar No. 16452560)
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
14785 Preston Road, Suite 550
Dallas, Texas 75254
Tel:  (214) 579-9319
Fax:  (469) 444-6456
iwana@rademaekerslaw.com

Attorneys for Defendants

Joel L. Herz, Esq. (State Bar Number 015105)
**LAW OFFICES OF JOEL L. HERZ**
3573 East Sunrise Drive, Suite 215
Tucson, AZ 85718
Tel:  (520) 529-8080
Fax:  (520)529-8077
joel@joelherz.com

Attorneys for Plaintiff

THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| Joan Matthey,<br><br>                        Plaintiff,<br>vs.<br><br>Wells Fargo & Company, Plan Sponsor, a Delaware Corporation; Liberty Life Assurance Company of Boston, a New Hampshire Corporation; John Does 1-10; Jane Does 1-10; ABC Companies 1-10; XYZ Corporations 1-10,<br><br>                        Defendants. | Case No.:  4:13-CV-01170-DCB<br><br>**STIPULATION OF DIMISSAL WITH PREJUDICE** |
|---|---|

Plaintiff Joan Matthey ("Plaintiff" or "Matthey") and Defendants, Wells Fargo & Company ("Wells Fargo") and Liberty Life Assurance Company of Boston ("Liberty

1

Life") (collectively "Defendants") file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendants no longer desire to litigate this action.

Accordingly, Plaintiff and Defendants stipulate that this action is dismissed with prejudice with all attorneys' fees and costs paid by the party that incurred them.

WHEREFORE, Plaintiff and Defendants request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court, all rights contained in any written agreement between the parties being preserved.

Dated this 9th day of July 2014.

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

By: /s/ Iwana Rademaekers
Iwana Rademaekers
Attorney for Defendants

- AND -

**LAW OFFICES OF JOEL L. HERZ**

By: /s/ Joel L. Herz
Joel L. Herz
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2014, I electronically transmitted this document to the Clerk's Office using the CM/ECF System for filing, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

    Joel L. Herz
    Email:  joel@joelherz.com

    *Attorney for Plaintiff*


By:   /s/Sandy Acker
      Employee of the Law Offices of
      Iwana Rademaekers, P.C.